UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2028

M. D. WILKINS, d/b/a M. D. Wilkins Funeral
Home,

Plaintiff - Appellant,

versus

CYNTHIA S. WILKINS, a/k/a Taylor; SUZANNE L.
NYFELER; JANET RENO; HELEN F. FAHEY; DAVID G.
LOWE, Judge; ROBERT PAYNE, Judge; DOUGLAS O.
TICE, JR., Judge; ROBERT SPENCER, Judge; DAVID
ADAMS, Judge; RICHARD L. WILLIAMS, Judge; NEIL
O. REID; SHERMAN B. LUBMAN, Trustee; ROBERT
HILL, attorney from Hill and Rainey; MELVIN
ZIMM, from the law firm of Glasser and
Glasser; SHELTON C. EASTER; GREGG R. NIVALA;
MARIAN J. MARTIN; DONALD WEIN, Ford Consumer
Finance,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-307-7)

Submitted: September 30, 1999      Decided: October 6, 1999

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

M. D. Wilkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M. D. Wilkins seeks to appeal the district court's orders dismissing without prejudice his <u>Bivens</u>[*] complaint and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Wilkins v. Wilkins</u>, No. CA-99-307-7 (W.D. Va. June 14 & July 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2